PATRICK ROGAN,
        vs.
MARTIN O. WALKER, ET AL.

This case is precisely like the one preceeding it, and all the reasoning and authorities cited are applied to this. The Court affirmed the decree of the Circuit Judge ovruling the plea.